■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH J. ROBERTS, Appellant.— Order unanimously affirmed. (Appeal from order of Oneida County Court denying after a hearing defendant's application for a writ of error *coram nobis.*) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD EARL PEALO, Appellant.— Order unanimously affirmed. (Appeal from order of Oswego County Court denying a motion to vacate a judgment of conviction for rape, first degree, on May 2, 1957, without a hearing.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH CLOWERS, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of violation of subdivision 1 of section 1751 of the Penal Law [sale of narcotics].) Present — Williams, P. J., Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH V. AUGELLO, Appellant.— Order unanimously affirmed. (Appeal from order of Erie Supreme Court denying a motion to vacate a judgment of conviction for murder, first degree, on March 9, 1944, without a hearing.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MACK JONES, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court, convicting the defendant of violation of subdivision 1 of section 1751 of the Penal Law [sale of narcotics].) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARRY BERNARD RHINEHART, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Oswego County Court convicting defendant of murder, second degree, and assault, first degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.